**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-7851**

---

FRANK DOUGLAS,

Plaintiff - Appellant,

versus

TAMMY SCOTT, Bank Teller; FIRST CITIZENS BANK,
in Beech Island, South Carolina,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of South Carolina, at Columbia. Terry L. Wooten, District Judge. (CA-02-2378)

---

Submitted:  February 6, 2003      Decided:  February 13, 2003

---

Before WILKINS, MICHAEL, and SHEDD, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Frank Douglas, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Frank Douglas appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Douglas v. Scott</u>, No. CA-02-2378 (D.S.C. Nov. 6, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>